## OK'S CASCADE COMPANY, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2011–5082.

United States Court of Appeals, Federal Circuit.

April 11, 2012.

John Lukjanowicz, Law Offices of John Lukjanowicz, PC, of Seattle, Washington, argued for plaintiff-appellant.

Jacob A. Schunk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-

appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director.

LINN, O'MALLEY and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**